WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>    vs. )<br>            )<br>WILLIAM LEE BROWN, )<br>            )<br>    Defendant. )<br>_____) | No. CR 95-320 PHX RCB<br><br>CIV 99-1378 PHX RCB (LOA)<br><br>O R D E R |

William Lee Brown has requested the status of his previously filed motion for relief from judgment.  His motion for relief from judgment (doc. # 1283) was denied by order (doc. # 1299) entered December 13, 2006, a copy of which was mailed to him on that date and again on May 29, 2006.

IT IS ORDERED that William Lee Brown's motion for status (doc. # 1301) is GRANTED to the extent of the above explanation.

DATED this 25th day of June, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

1  Copies to counsel of record and Movant pro se

- 2 -